# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

November 22, 2022

**VIA ECF**

The Honorable Laura Taylor Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Jonathan Acosta**
      **22 Cr 628 (LTS)**

Dear Chief Judge Swain,

I write to request the Court temporarily modify Mr. Acosta's bail conditions to allow him to attend a Thanksgiving celebration at his sister's home located in the Southern District of New York. Because Mr. Acosta is on home detention, Pretrial opposes this modification as a matter of policy. However, his officer notes that Mr. Acosta has been in full compliance with his conditions of release, and he will provide his officer with the address and agreed-upon time frame prior to Thursday. The Government defers to Pretrial and the Court. Thank you for the Court's consideration of this request.

The foregoing modification request is granted. Mr. Acosta shall provide Pretrial Services with all relevant information regarding this visit (including the address, time frame, and his plans for transportation).  DE 21 is resolved.
SO ORDERED
/s/ Laura Taylor Swain, Chief USDJ
November 23, 2022

Respectfully Submitted,

/s/
_____
Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
(212) 417-8733
ian_marcus_amelkin@fd.org

CC: AUSA Sarah Kushner, Jr., Esq.