**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 19, 2022

**VIA ECF**

The Honorable Laura T. Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Jonathan Acosta**
      **22 Cr 628 (LTS)**

Dear Chief Judge Swain,

    I write to request the Court temporarily modify Mr. Acosta's bail conditions to allow him to attend spend New Year's Eve with his family at a home located in the Southern District of New York. The defense respectfully requests he be allowed to stay out until 2 AM that night. Because Mr. Acosta is on home detention, Pretrial opposes this modification as a matter of policy. However, his officer notes that Mr. Acosta has been in full compliance with his conditions of release, and he will provide his officer with the address and agreed-upon time frame. The Government defers to Pretrial and the Court. Thank you for the Court's consideration of this request.

The foregoing modification request is granted. Mr. Acosta shall provide Pretrial Services with all relevant information regarding his visit (including the address, time frame, and his plans for transportation). DE 25 is resolved. SO ORDERED.

                12/19/2022

Laura Taylor Swain, Chief USDJ
CC: AUSA Sarah Kushner, Jr., Esq.

Respectfully Submitted,

/s/ ~~IMA~~
Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
(212) 417-8733
ian_marcus_amelkin@fd.org