**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 21, 2023

**VIA ECF**

The Honorable Laura T. Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Jonathan Acosta**
      **22 Cr 628 (LTS)**

Dear Chief Judge Swain,

    I write with the consent of the Government to request the Court adjourn Mr. Acosta's next pretrial conference, currently scheduled for Friday August 4, 2023 to September 13, 2023 at 10:30 A.M. The parties expect that date to be a change of plea hearing. This time will allow the parties to continue negotiating and finalizing a plea agreement. The defense waives Speedy Trial Act time until the date set by the Court.

Respectfully Submitted,

/s/

Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
(212) 417-8733
ian_marcus_amelkin@fd.org

CC: AUSA Sarah Kushner, Jr., Esq.

---

The foregoing adjournment request is granted. The pretrial conference is hereby adjourned to September 13, 2023 at 10:30 am. The Court finds, pursuant to 18 U.S.C. section 3161(h)(7)(A), that the ends of justice served by an exclusion of time from today's date through September 13, 2023, outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above.
DE 41 is resolved. SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S. Dist. Judge
July 21, 2023