**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 2, 2023

**VIA ECF**

The Honorable Laura T. Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Jonathan Acosta**
    **22 Cr 628 (LTS)**

Dear Chief Judge Swain,

    I write to request the Court modify Mr. Acosta's bail conditions to grant him leave to exercise in the gym located on the second floor of his apartment building. If approved, Mr. Acosta will coordinate with his Pretrial Officer to set up a mutually agreed upon schedule to visit the gym. Pretrial Services objects as a matter of policy but notes Mr. Acosta's full compliance with the terms of his release. The Government defers to Pretrial. Mr. Acosta thanks the Court for considering this request.

The foregoing request is granted. Mr. Acosta shall coordinate with Pretrial Services to set up a reasonable, agreed-upon schedule for his gym visits. DE 43 is resolved.
SO ORDERED.
8/3/2023
/s/ Laura Taylor Swain, Chief USDJ

Respectfully Submitted,

/s/ _____
Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
(212) 417-8733
ian_marcus_amelkin@fd.org

CC: AUSA Sarah Kushner., Esq.