**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 20, 2023

**VIA ECF**
The Honorable Laura T. Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSEMENT

Re:   United States v. Jonathan Acosta
      22 Cr 628 (LTS)

Dear Chief Judge Swain,

    I write to request the Court temporarily modify Mr. Acosta's bail conditions to allow him to travel to his girlfriend's mother's home on Thanksgiving Day, November 23, 2023. His girlfriend's mother lives approximately ten minutes away from Mr. Acosta in Manhattan. Because Mr. Acosta is on home detention, Pretrial Services opposes this modification as a matter of policy. However, his Pretrial Services Officer ("PTSO") notes that Mr. Acosta has been in compliance with his conditions of release.

    If the Court grants the application, Mr. Acosta will provide his PTSO with the address and agreed-upon time frame for the visit. The Government defers to Pretrial. Thank you for the Court's consideration of this request.

The foregoing request for modification to Mr. Acosta's conditions of release pending sentencing is granted. Mr. Acosta shall provide Pretrial Services with the address and agreed-upon time frame for the visit at least 24 hours in advance of his travel.
SO ORDERED.
November 21, 2023
/s/ Laura Taylor Swain, Chief USDJ

Respectfully Submitted,

/s/
Amy Gallicchio
Federal Defenders of New York, Inc.
(212) 417-8728
amy_gallicchio@fd.org

    CC:   AUSA Sarah Kushner
              PTSO Francesca Piperato