**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 3, 2024

**VIA ECF**

The Honorable Laura T. Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Jonathan Acosta**
       **22 Cr 628 (LTS)**

Dear Chief Judge Swain,

    I write with the consent of the Government to request the Court adjourn the deadline for Mr. Acosta's sentencing submission from today, January 3, 2024 to January 5, 2024 to allow defense counsel adequate time to complete the submission. Thank you for your consideration and happy new year.

Respectfully Submitted,

/s/

Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
(212) 417-8733
ian_marcus_amelkin@fd.org

CC: AUSA Sarah Kushner, Jr., Esq.

---

The foregoing request is granted.  Mr. Acosta's sentencing submission
shall be due by January 5, 2024.
SO ORDERED.
January 3, 2024
/s/ Laura Taylor Swain, Chief USDJ