UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

    -v-                                       No. 22-CR-628-LTS

JONATHAN ACOSTA

        Defendant.

-------------------------------------------------------x

## ORDER

The sentencing hearing in this case is hereby adjourned to **January 17, 2024, at 3:00 PM** in Courtroom 17C.

        SO ORDERED.

Dated: New York, New York
       January 4, 2024

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge