UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

    -v-                                                                               No.  22-CR-628-LTS

JONATHAN ACOSTA

        Defendant.

-------------------------------------------------------x

### ORDER

The Court has received an application from the defense to redact certain confidential medical information from the sentencing submission that it will file on the public docket.  The request is hereby granted.

Defense counsel is directed to file a redacted version of the sentencing submission for Mr. Acosta on the public docket, consistent with the proposed redactions submitted to the Court on January 11, 2024, and to bring a hard copy of the unredacted version to the Court's Records Management Department (500 Pearl Street, Room 370) to be filed under seal.

    SO ORDERED.

Dated: New York, New York
       January 12, 2024

                                                                         /s/ Laura Taylor Swain
                                                                        LAURA TAYLOR SWAIN
                                                                        Chief United States District Judge